IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                             CRIMINAL NO. 3:21-CR-007 HTW-FKB-1

JON DARRELL SEAWRIGHT

## AGREED ORDER CONTINUING TRIAL SETTING AND RELATED DEADLINES

This cause is before the Court on Motion of Defendant Jon Farrell Seawright to continue the trial setting and other deadlines [Dkt No. 15] to provide additional time to review discovery, to prepare for trial, and to file pretrial motions. The government does not object to the requested continuance.

The Court is mindful of the ongoing global pandemic and the complications arising therefrom. All cases filed in the Southern District of Mississippi remain subject to the Court's Special Orders, including Special Order Number 14, filed on May 17, 2021. The Court, having considered the motion, finds that the motion is well-taken and is hereby granted.

Having duly considered the factors articulated in 18 U.S.C. §3161 (h)(7)(B) as well as the Court's Special-Order Number 14, the Court finds that the ends of justice are best served by granting the requested continuance. The Court further finds that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161. The Court also finds that the defendant has specifically waived any speedy trial objections arising or which may arise from this requested continuance.

IT IS THEREFORE ORDERED that this matter be continued and that the period of delay shall be excluded in computing the time within which the trial of this matter shall commence. All

corresponding deadlines, including dispositive and non-dispositive motions deadlines, are hereby extended consistent with the new trial setting. The Court will set a new trial date and other deadlines in a separate order.

    SO ORDERED AND ADJUDGED, this the 25th day of June, 2021.

                                        s/ HENRY T. WINGATE
                                        UNITED STATES DISTRICT COURT JUDGE