IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

| | | |
|---|---|---|
| UNITED STATES | | PLAINTIFF |
| VERSUS | CRIMINAL NO: | 3:21cr7DCB-FKB-01 |
| JAHADD MALACHI ALLEN | | DEFENDANT |

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that **James L. Tucker** has been assigned as Probation Officer for Defendant **JAHADD MALACHI ALLEN** and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _Kevin D. Wright_         Kevin Wright
                              2022.01.12 11:21:46 -06'00'